UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

United States of America,

       Plaintiff,

                            ORDER ADOPTING
v.                        REPORT AND RECOMMENDATION

Quentin Lee Strong, Sr.,

       Defendant.                    Crim. No. 14-313 (MJD/LIB)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure, [Docket No. 24], is **DENIED**.

DATED: December 9, 2014             s/Michael J. Davis
At Minneapolis, Minnesota          Michael J. Davis, Chief Judge
                                United States District Court